UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:02-cr-565-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| STANLEY WAYNE GREENE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#15) on September 16, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** IRS - RACS
**Total Amount of Restitution Ordered:** 450,259.69

Dated this _8_ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE